UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CHARLES B. GILL, SR.,

                Plaintiff,

v.                                  Case No. 17-cv-873-pp

HEIDI MICHEL, J. MEKASH,
BRENT MEYER, and IAN HIGGINS,

                Defendants.

---

**ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO STRIKE (DKT. NO. 51)**

---

On October 23, 2018, the court received from the plaintiff a motion asking it to add two documents to the record. Dkt. No. 40. On December 3, 2018, the court received from the plaintiff a motion to strike that motion to attach evidentiary documents, in which he stated that all he wanted to do was add the two referenced documents to the record. Dkt. No. 51. On December 4, 2018, however, the court issued an order ruling on, among other things, the plaintiff's motion to attach the two documents; in that order, the court stated that the two referenced documents now are part of the record, id. at 4, so the court has resolved the issue as the plaintiff requested in his motion to strike.

The court **DENIES AS MOOT** the plaintiff's motion to strike. Dkt. No. 51.

Dated in Milwaukee, Wisconsin this 12th day of December, 2018.

                                            BY THE COURT:

                                            _____
                                            **HON. PAMELA PEPPER**
                                            **United States District Judge**